IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00232-MSK-MJW

CHRISTIAN JOHNS, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

VENOCO, INC.,
TIMOTHY M. MARQUEZ,
J. C. MCFARLAND,
JOEL L. REED,
DONNA L. LUCAS,
M. W. SCOGGINS,
RICHARD S. WALKER,
MARK A. SNELL,
DENVER PARENT CORPORATION, and
DENVER MERGER SUB CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Three-Week Extension of Time for Venoco, Inc. To Respond to Complaint, DN 11, filed with the Court on March 14, 2012, is GRANTED up to and including April 5, 2012.

FURTHER, it is ORDERED that the Joint Motion to Vacate Scheduling/Planning Conference, DN 13, filed with the Court on March 15, 2012, is GRANTED.  The Scheduling Conference set on April 4, 2012, at 8:30 a.m., is VACATED and RESET on May 2, 2012, at 1:30 p.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties shall submit their proposed Scheduling Order on or before April 25, 2012.

Date:  March 15, 2012