IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00232-MSK-MJW

CHRISTIAN JOHNS, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

VENOCO, INC.,
TIMOTHY M. MARQUEZ,
J. C. MCFARLAND,
JOEL L. REED,
DONNA L. LUCAS,
M. W. SCOGGINS,
RICHARD S. WALKER,
MARK A. SNELL,
DENVER PARENT CORPORATION, and
DENVER MERGER SUB CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Vacate Scheduling/Planning Conference (docket no. 25)  is DENIED.  Based upon the averments within the subject motion, the parties should consider filing a motion for administrative closure pursuant to D.C.COLO.LCivR 41.2 instead of a motion to stay.

Date:  April 25, 2012