IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00232-MSK-MJW

CHRISTIAN JOHNS, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

VENOCO, INC.,
TIMOTHY M. MARQUEZ,
J. C. MCFARLAND,
JOEL L. REED,
DONNA L. LUCAS,
M. W. SCOGGINS,
RICHARD S. WALKER,
MARK A. SNELL,
DENVER PARENT CORPORATION, and
DENVER MERGER SUB CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Administratively Close Case (docket no. 30) is GRANTED finding good cause shown. This case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2.

It is FURTHER ORDERED that the Joint Motion to Extend Deadline to File Proposed Scheduling Order (docket no. 28) is MOOT and therefore DENIED.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on May 2, 2012, at 1:30 p.m. is VACATED.

Date:  April 26, 2012